

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2017

No. 04-16-00652-CV

John **HARWOOD**,
Appellant

v.

Brian **GILROY**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI11327
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

This court issued its opinion on June 28, 2017, and any motion for rehearing was due on July 13, 2017. On July 13, 2017, appellee filed a motion requesting an extension of time until September 1, 2017 in which to file a motion for rehearing.

We grant the motion in part and deny in part. If appellee wishes to file a motion for rehearing and/or a motion for en banc reconsideration, appellee must file the motion(s) no later than August 14, 2017. Further requests for extensions of time are disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk